PER CURIAM.

(No. 75-CC-1242–

JAMES PACKER SWANK, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed June 5, 1975.*

628

James Swank, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.